**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| PUMPONATOR INC.,<br>a South Carolina Corporation, | ) <br>) <br>) | |
| Plaintiff, | ) <br>) | Case No.  11-cv-03956 |
| v. | ) <br>) | Judge John Z. Lee<br>Magistrate Judge Geraldine Soat Brown |
| WATER SPORTS, LLC, an Illinois<br>limited liability company,<br>KETZ & ASSOCIATES, INC., a<br>Minnesota Corporation, and<br>BRAD KETZ, an individual, | ) <br>) <br>) <br>) <br>) | |
| Defendants. | ) <br>) <br>) | |

_____

## AMENDED JOINT MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, PUMPONATOR, INC., by and through its attorneys,

BELLAS & WACHOWSKI, Defendant, WATER SPORTS, LLC, by and through its attorneys,

CLINGEN CALLOW & MCLEAN and ERICKSON LAW GROUP, and Defendants KETZ &

ASSOCIATES, INC., and BRAD KETZ, (collectively the "Parties") and jointly move this

Honorable Court for the entry of a final judgment pursuant to settlement.  In support thereof, the

Parties submit as follows:

1.      Plaintiff's Complaint alleges against Water Sports causes of action for trade dress

infringement under Section 43(a) of the Lanham Act, and common law trade dress infringement

and unfair competition.

2.      Plaintiff's Complaint alleges against Defendants Ketz & Associates, Inc., and Brad Ketz causes of action for breach of contract, breach of fiduciary duty and breach of duty of loyalty.

3.      The Parties have agreed to settle all outstanding matters in connection with this litigation.

4.      To memorialize the agreement between the Parties to settle all outstanding matters related to this action, the Plaintiff has entered into a Release and Settlement Agreement with Defendant Water Sports and a separate Release and Settlement Agreement with Ketz & Associates, Inc., and Brad Ketz.

5.      Pursuant to the terms of the Agreement, the Parties jointly move for the entry of an Agreed Final Judgment.  A true and correct copy of said proposed Judgment is attached hereto marked as "**Exhibit A**".

        WHEREFORE, the Parties, through their respective counsel, request that this Honorable Court dismiss the action against Defendants Water Sports, Ketz & Associates, Inc., and Brad Ketz with prejudice pursuant to settlement and for any other relief this Court deems fair and just.

Dated: June 27, 2012.


    /s/   Misty J. Cygan
Misty J. Cygan
Bellas & Wachowski
15 N. Northwest Highway
Park Ridge, Illinois 60068
Phone: 847.823.9030
george@bellas-wachowski.com
*Counsel for Pumponator, Inc.*

   /s/  Kenneth J. Vanko     

Kenneth J. Vanko
Adisa Krupalija
Clingen Callow & McLean, LLC
2100 Manchester Road, Suite 1750
Wheaton, Illinois 60187
Phone: 630.871.2600
vanko@ccmlawyer.com
*Counsel for Water Sports, LLC*

   /s/  Eric R. Waltmire   

Eric R. Waltmire
Erickson Law Group PC
1749 S. Naperville Road, Suite 202
Wheaton, Illinois 60189
Phone: 630.388.7053
eric@ericksonlawgroup.com
*Counsel for Water Sports, LLC*

   /s/  Timothy D. Elliott    

Timothy D. Elliott
Rathje & Woodward, LLC
300 E. Roosevelt Road
Suite 300
Wheaton, Illinois 60187
Phone: 630.668.8500
telliott@rathjewoodward.com
*Counsel for Defendants Ketz & Associates, Inc., and Brad Ketz*

   /s/  D. Clay Taylor    

D. Clay Taylor
1300 Nicollet Mall
Suite 5002
Minneapolis, Minnesota 55403
Phone: 612.904.7376
clay@replawyer.coom
*Counsel for Defendants Ketz & Associates, Inc., and Brad Ketz*